# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2014

## NO. 03-14-00125-CV

**William Voges III, Appellant**

**v.**

**Mark Campbell d/b/a Classic Street, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on December 10, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.